UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY SERVICES, INC.,

    Plaintiff,

    v.

SHIVANI JAIN,

    Defendant.
_____/

No. C 09-3100 PJH

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

The court is in receipt of plaintiff's ex parte motion for a temporary restraining order and expedited discovery, filed on July 27, 2009, by plaintiff Kelly Services, Inc. Plaintiff seeks an order temporarily restraining defendant from disclosing certain proprietary information allegedly belonging to plaintiff and soliciting certain of plaintiff's customers, and further requiring defendant to return and/or preserve any property proprietary to plaintiff.

The hearing on plaintiff's motion for temporary restraining order has been set for **August 5**, **2009**, at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendant's opposition, if any, shall be filed no later than Thursday, July 30, and plaintiff's reply brief, if any, shall be filed no later than 4:00 p.m. Friday, July 31.

**IT IS SO ORDERED.**

Dated: July 28, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge