UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY SERVICES, INC.,

        Plaintiff,                        No. C 09-3100 PJH

    v.                                **ORDER GRANTING MOTION TO SHORTEN TIME**

SHIVANI JAIN,

        Defendant.

_____/

        The court is in receipt of plaintiff's motion to compel inspection of computer and for sanctions for failure to comply with court orders, as well as plaintiff's motion to shorten time in connection with same, requesting that the court hear plaintiff's motion to compel on August 26, 2009. The court has also received plaintiff's opposition brief, which responds to both the motion to compel and the motion to shorten time.

        The court hereby GRANTS plaintiff's motion to shorten time. The hearing on plaintiff's motion to compel will now be heard on August 26, 2009, at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. As the court is in receipt of both plaintiff's motion to compel, and defendant's opposition thereto, the only further briefing required is plaintiff's reply brief. Should plaintiff desire to file one, the reply brief is due no later than **3:00 p.m.** tomorrow, **August 21**.

**IT IS SO ORDERED.**

Dated: August 20, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge