UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY SERVICES INC., | CASE NO. C 09-03100 (PJH) |
| Plaintiff, | **STIPULATED ORDER OF DISMISSAL** |
| vs. | |
| SHIVANI JAIN, | |
| Defendant. | |

The parties hereby stipulate to dismiss this action, with prejudice, all parties to bear their own costs and attorney fees.

**IT IS ORDERED THAT** this action is dismissed, with prejudice, subject to the terms and conditions of the Stipulated Injunction Order, which will continue in full force and effect through February 28, 2010, after which it is dissolved, expires and terminates and shall have no further force or effect, entered in this case on or about the same date as this Order, all parties to bear their own costs and attorney fees.  Further, any and all causes, causes of action, claims, or counterclaims that touch upon or concern this action or Defendant's previous relationship with Plaintiff that the parties have against each other or that could have been brought in this action are hereby dismissed, with prejudice.

**IT IS FURTHER ORDERED** that this Order disposes of the last pending claim and closes the case, except to enforce the Stipulated Injunction Order entered herewith.

1

1 **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction for purposes of enforcing the Stipulated Injunction Order or for any actions related to any breaches related thereto.

**IT IS SO ORDERED.**

Dated: 9/22/09

UNITED STATES DISTRICT JUDGE
Judge Phyllis J. Hamilton

Stipulated as to form and substance:

By: /s/ James J. Boutrous II
Butzel Long, a professional corporation
James J. Boutrous II (MI Bar # 53710 -
Admitted pro hac)
150 W. Jefferson - Suite 100
Detroit, Michigan, 48226

By: /s/James Roberts
Roberts & Elliott LLP
James Roberts, SBN 98804
Sharmi Shah, SBN 233110
Ten Almaden Boulevard - Suite 500
San Jose, CA 95113
Attorneys for Defendant Jain

By: /s/ E. Joseph Connaughton
Paul, Plevin, Sullivan, & Connaughton LLP
E. Joseph Connaughton SBN 166765
Aaron A. Buckley (SBN 202081)
Timothy M. Keegan (SBN 251085)
401 B. Street, Tenth Floor
San Diego, California 92101-4232

Attorneys for Plaintiff